**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| 1794 - 1796 LLC | : | Case No. 19-22130 |
| | : | |
| Debtor | : | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR ALL NOTICES AND PLEADINGS

PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Manuel Moutinho, Trustee, Creditor, and requests that pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, 9010, D. Conn. LBR 2002-1 and any other such rule governing notice, that Harlow, Adams & Friedman, P.C. receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed order, confirmed copies of other documents or instruments (the "Documents") filed in the above bankruptcy proceeding. All such documents should be served upon the following:

James M. Nugent, Esq.
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
jmn@quidproquo.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, compliant or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy facsimile or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Milford, Connecticut this 30th day of December, 2019.

Respectfully Submitted,

BY:   /s/ James M. Nugent
James M. Nugent, Esq.  ct08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203)878-0661
Fax No. (203)878-9568

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| 1794 - 1796 LLC | : | Case No. 19-22130 |
| Debtor | : | |

## **CERTIFICATION**

    In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on December 30, 2019, a copy of the Appearance and Request for all Notices and Pleadings was filed and served to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Respectfully Submitted,

BY:   /s/ James M. Nugent
       James M. Nugent, Esq.  ct08822
       Harlow, Adams & Friedman, P.C.
       One New Haven Avenue, Suite 100
       Milford, CT 06460
       Tele No. (203)878-0661
       Fax No. (203)878-9568