**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In Re: : | Case No. 19-22130 |
| : | |
| 1794 - 1796 LLC : | Chapter 11 |
|     Debtor : | |
| : | |
| Manuel Moutinho, Trustee for the : | |
| Mark IV Construction Company, Inc., : | |
| 401(K) Savings Plan : | |
|     Movant : | |
| : | |
| v. : | |
| : | |
| 1794 - 1796 LLC : | |
|     Respondent : | January 3, 2020 |

## MOTION TO PROHIBIT USE OF CASH COLLATERAL

Secured creditor and party-in-interest, Manuel Moutinho, Trustee for the Mark IV Construction Company, Inc., 401(K) Savings Plan,("Moutinho Trustee") respectfully moves to prohibit the use of cash collateral and rent receipts by 512 North Ave LLC (the "Debtor"). In support hereof, represents as follows:

1. On December 23, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, et seq. (The "Bankruptcy Code").

2. Since the Petition Date, the Debtor has continued to operate its business and possess its property as a debtor-in-possession under Sections 1107 and 1108 of the Bankruptcy Code.

3. Moutinho Trustee holds a perfected mortgage in the Debtor's real estate

located at: 1794 Barnum Avenue, Bridgeport, Connecticut, for which the mortgage debt owed on the petition date is approximately $255,455.55 & $184,397.18.

    4. Moutinho does not consent to the Debtor's use of his cash collateral. The Debtor has requested any such usage nor has it moved for authority to use same. If and to the extent the Debtor has collected any cash collateral since the Petition Date it should be held and maintained pending further proceedings.

Dated:    January 3, 2020
              Milford, Connecticut

THE MOVANT,

BY: _____
James M. Nugent, Esq.  ct 08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele: (203) 878-0661
Fax:  (203) 878-9568

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 19-22130 |
| | : | |
| 1794 - 1796 LLC | : | Chapter 11 |
|     Debtor | : | |
| | : | |
| Manuel Moutinho, Trustee for the | : | |
| Mark IV Construction Company, Inc., | : | |
| 401(K) Savings Plan | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| 1794 - 1796 LLC | : | |
|     Respondent | : | Re: Doc ID No. |

## ORDER PROHIBITING USE OF CASH COLLATERAL

The motion of the Movant, Manuel Moutinho, Trustee for the Mark IV Construction Company, Inc., 401(K) Savings Plan, having been duly considered by the Court, it is hereby granted

It is therefore ORDERED that the Debtor shall not use the cash collateral or rents generated from the Debtor's properties.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: | Case No. 19-22130 |
| 1794 - 1796 LLC | Chapter 11 |
| Debtor | January 3, 2020 |

### NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

Manuel Moutinho, Trustee for the Mark IV Construction Company, Inc., 401(K) Savings Plan, (the "Movant") has filed a Motion to Prohibit Use of Cash Collateral (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than January 17, 2020 *. In the absence of a timely filed response, the proposed order in the Contested Matter may enter without further notice and hearing, see, 11 U.S.C. § 102(1).

THE MOVANT,

BY: /s/ James M. Nugent
James M. Nugent    ct08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203) 878-0661
Fax No. (203) 878-9568
jmn@quidproquo.com

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Case No. 19-22130 |
| | : | |
| 1794 - 1796 LLC | : | Chapter 11 |
| | : | |
| Debtor | : | January 3, 2020 |

## CERTIFICATION

The undersigned (the "Debtor/Movant") hereby certifies that on January 3, 2020, in accordance with applicable provisions of the Federal Rules of Bankruptcy Procedure 2002 and 7004, the following have been served upon all parties entitled to notice: (1) a copy of the Contested Matter; (2) a copy of the proposed Order; and (3) Notice of Contested Matter Response Deadline, on the following:

*Via Electronic Notice of Filing*
U.S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Douglas S. Skalka
on behalf of Debtor 512 North Ave LLC
dskalka@npmlaw.com

*Via First Class Mail*
1794 - 1796 LLC
Attn: President/Officer
175 Capitol Blvd., Suite 402
Rocky Hill, CT 06067


THE MOVANT,


BY:   /s/ James M. Nugent
        James M. Nugent    ct08822
        Harlow, Adams & Friedman, P.C.
        One New Haven Avenue, Suite 100
        Milford, CT 06460
        Tele No. (203) 878-0661
        Fax No. (203) 878-9568
        jmn@quidproquo.com