**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| 1794 – 1796, LLC | : | CASE NO.:  19-22130 (JJT) |
| Debtor. | : | RE:  ECF No. 84 |

### STIPULATED ORDER RE: MOTION FOR RELIEF
### FROM STAY, SCHEDULING AND OTHER RELATED MATTERS

Whereas, secured creditor Manuel Moutinho, Trustee for the Mark IV Construction Company, Inc., 401(K) Savings Plan ("Moutinho") filed a Motion for Relief from Stay on January 8, 2020 pursuant to 11 U.S.C. § 362(d)(1)(2) and (4) and to annul the stay for the reasons set forth therein (the "Motion"); and

Whereas, the Debtor objected to said Motion; and

Whereas, after discussion at the hearing on the Motion the parties and the U.S. Trustee placed various terms on the record regarding an interim disposition of the Motion and other relief, all of which are now set forth in this Order, now therefore it is stipulated and agreed as follows:

1.     The Motion will be continued to the hearing dates set forth in this Order and shall be granted in the event the Debtor defaults in any, respect set forth herein, fails to meet the final deadlines herein or fails to obtain approval of its one and only opportunity to file a Disclosure Statement and Plan and obtain order approving them and confirming its only Plan by these deadlines.

2.     The Debtor is allowed a single opportunity to file a Disclosure Statement and Plan of Reorganization on or before April 1, 2020 at 5:00 p.m.

3.      The hearing on approval of the Debtor's Disclosure Statement shall be assigned for April 14, 2020 at 2:00 p.m. and the hearing on the confirmation of the Debtor's Plan shall be assigned for May 14, 2020 at 2:00 p.m.  These hearing dates are only subject to the Court's own availability or extreme personal emergency.  The Debtor's counsel is in France between April 15 and April 26 and is not available for hearings on those date.

4.      If the Debtor fails to obtain approval of the Disclosure Statement or confirmation of its Plan after the hearings set forth above, the relief shall enter as set forth infra.

5.      The Debtor shall also comply with the following conditions and its failure to do so shall result in the entry of relief:

a)      the Debtor shall pay adequate protection of $592.72 per month to Manuel Moutinho, Trustee by the 1st  of each month due, in hand, no later than the 7th of each month.  Debtor shall also pay $1,615.64 in accrued adequate protection on or before March 16, 2020.   All payments must be in good funds payable to Manuel Moutinho, Trustee and received and delivered to 1137 Seaview Avenue, Bridgeport, CT.

b)      the Debtor shall  timely pay all accruing fees to the U.S. Trustee.

6.      The parties agree that, if the Debtor fails to make any of the said payments to Manuel Moutinho, he may file an Affidavit of Non-Compliance with the terms and conditions of this stipulation.  Notice to Debtor's counsel shall be by way of the Court's electronic filing system and by e-mail to the Debtor's Counsel.  In the event that the Debtor does not object to said affidavit by filing a counter affidavit with the Court five (5) days of the filing of the

affidavit, the Court may enter the order filed by Movant, granting the Motion without the necessity of a hearing.

7.      The Debtor stipulates that the notes and mortgages held by Moutinho are valid, recorded, enforceable and no basis exists to object to or dispute them or the judgments of foreclosure previously entered in Connecticut Superior Court (subject only to its verification of the debt calculations from the last judgment to date); and stipulates that Moutinho's attorney's fees and expenses incurred during the course of this case as approved by the Court as to the claim held by Moutinho shall be paid as part of the debt in the event that a Plan is confirmed.

8.      Discovery related to the Plan process may proceed now and shall conclude by May 6, 2020.  Testimony may be taken by deposition.

9.      All objections to confirmation shall be filed by May 6, 2020 and also ballots on the Plan filed by May 6, 2020.

10.      Upon the Debtor's failure to meet any date or deadline or to obtain approval of its Disclosure Statement, other than revisions to the Disclosure Statement requiring no continuance of the Confirmation Hearing, or the entry of a final order denying confirmation of its Plan at its sole opportunity to do so, or to pay all sums required pursuant to this Stipulation, then the following Orders shall enter:

(a)      granting Manuel Moutinho, Trustee relief from stay pursuant to 11 U.S.C. § 362(d)(1)(2) and (4) with a two (2) year in rem bar regarding the property known as 1794-1796 Barnum Avenue, Bridgeport, CT; and,

(b)      Dismissing this case with prejudice with a two (2) year bar on refiling.

11.      The Court finds that this Order was entered into with full knowledge of its

meaning, intent and consequences upon the advice of counsel.

       12.    The Debtor waives any rights or ability to extend or alter any date or term provided herein without Moutinho's consent in exchange for Moutinho's agreement to continue the hearing on the Motion and waives any right to appeal this Order.

       13.    This Order may enter within five (5) business days of docketing notice of it to all creditors.

DATED:  March 10, 2020

                                  /s/ *Jeffrey Hellman*
                                  Jeffrey Hellman, Esq.
                                  Law Offices of Jeffrey Hellman, LLC
                                  195 Church Street, 10th Floor
                                  New Haven, CT 06510
                                  Telephone:(203) 691-8762
                                  Email: jeff@jeffhellmanlaw.com
                                  Attorney for 1794 - 1796, LLC

DATED:  March 10, 2020

                                  /s/ *James M. Nugent*
                                  James M. Nugent, Esq.
                                  Harlow, Adams & Friedman, P.C.
                                  One New Haven Avenue, Suite 100
                                  Milford, CT 06460
                                  Telephone: (203) 878-0661
                                  Email: Jmn@quidproquo.com
                                  Attorney for Manuel Moutinho, Trustee for the Mark IV Construction Company, Inc., 401(K) Savings Plan

              **IT IS SO ORDERED** at Hartford, Connecticut this 16th day of March 2020.

                                  *James J. Tancredi*
                                    *United States Bankruptcy Judge*
                                    *District of Connecticut*